UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE TOSCANO,<br><br>       **Plaintiff**,<br><br>    v.<br><br>AMERIQUEST MORTGAGE COMPANY, JOSHUA BONVILLION, and DOES 1 to 20,<br><br>       **Defendant**s. | CIV-F-07-0957 AWI DLB<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 10, 2007 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made motion a to dismiss the complaint with prejudice under Fed. R. Civ. Proc. 12(b)(6), or in the alternative, for a more definite statement under Fed. R. Civ. Proc. 12(e). Doc. 8. Plaintiff has filed a timely opposition and Defendants filed a timely reply. Docs. 12 and 13. The hearing on the motion was set for September 10, 2007 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2007, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 5, 2007                  /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE

1